**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Olga Iris Melendez AKA Olga Iris Vega | : Case No.: 20-19137 |
| | : Chapter 13 |
| | : Judge Donald R. Cassling |
| Debtor. | : * * * * * * * * * * * * * * * * * * * * |
| | : |

**AGREED ORDER TO SETTLE MOTION TO SELL (DOCKET #57) AND WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CSMC 2018-RPL4 TRUST'S RESPONSE (DOCKET # 58)**

This matter has come before the Court on the Motion to Sell, which was filed in this Court by the Debtor Olga Iris Melendez AKA Olga Iris Vega ("Debtor") at docket #57 and the response filed by Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CSMC 2018-RPL4 Trust ("Creditor") at docket #58.

Upon the agreement of the parties, and for good cause shown, it is hereby ORDERED as follows:

1. Debtor's Motion to Sell is granted. Debtor is authorized to sell the property commonly known as 5402 W. Wrightwood Avenue, Chicago, IL 60639 ("Property") to Joanne Addarich for a purchase price of $280,000.00.

2. Debtor's counsel and/or Debtor's closing agent shall obtain a current payoff quote from Creditor to ensure the full amount of Creditor's lien is paid.

3. The authorized sale may not occur unless Creditor receives the full payoff amount. Any short sale must be approved in writing by Creditor prior to the sale.

4. Provided the above terms are met, the sale must occur within 120 days from the date this order is entered.

1

20-019540_CJP

Entered: November 29, 2021

Donald R. Cassling, Judge
United States Bankruptcy Court

Submitted by:

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

/s/Kyle Dallmann

Kyle Dallmann
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603
Telephone: 312-332-1800
Email:  ndil@geracilaw.com
Attorney for Debtor